Plaintiff's Name __GREGORY D. FOLEY__ (Pro Se)

Inmate No. __AV-1283__

Address __California Correctional Institution__
__P.O. Box 608__
__Tehachapi, Ca. 93581__

**FILED**
JUL 14 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

__Gregory D Foley (Pro Se)__   1:15 CV - 0 1 0 7 9 LJO GSA
(Name of Plaintiff)                        (Case Number)

vs.

__CITY OF OCEANSIDE, CA__

__OCEANSIDE POLICE DEPARTMENT__

__DOES 1-12__

__Defendants are being sued__

__as pulic entity in their__

__offical and individual capacity__

(Names of all Defendants) Plaintiff will amend Does 1-12 when true names are known to plaintiff

CIVIL RIGHTS COMPLAINT UNDER:

☒ 42 U.S.C. 1983 (State Prisoner)

☐ <u>Bivens</u> Action [403 U.S. 388 (1971)] (Federal Prisoner)

I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):

　A. Have you brought any other lawsuits while a prisoner? Yes___ No __X__

　B. If your answer to A is yes, how many? _____

　Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

　　1. Parties to this previous lawsuit:

　　Plaintiff _____

　　Defendants _____

　　2. Court (if Federal Court, give name of District; if State Court, give name of County)
　　_____

　　3. Docket Number _____   4. Assigned Judge _____

　　5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
　　_____

B. Name ___N/A_____ is employed as _____

Current Address/Place of Employment _____

C. Name ___N/A_____ is employed as _____

Current Address/Place of Employment _____

D. Name ___N/A_____ is employed as _____

Current Address/Place of Employment _____

E. Name ___N/A_____ is employed as _____

Current Address/Place of Employment ___N/A_____

IV. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

Claim 1: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

___See ATTACHMENT COA1  PAGES 2_____

Supporting Facts (include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

___SEE: ATTACHMENT COA2  PAGES 5_____

MC-020

| SHORT TITLE: Foley V. City of Oceanside,Oceanside Police Does 1-12 | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): COA1 Page 1 of 2

1) Excessive Force: 42 USCS, 1983

Under color of any statue, ordinance, regulation, custom, or usage of any state or territory, subjects or causes to be subjected any Citizen of the United States or any person whitin the jurisdiction thereof to the deprivation of any, rights, privileges, or immuninities secured by the contitution and laws shall be liable to the injured in a action of law.

2)

The plaintiff, hereby alleges the defendant, willfully used "Excessive Force", against the plaintiff, by the following actions.

3)

The first weapon used against the plaintiff, a "40mm Launcher Rifle" fired from the distance that the defendant, used the weapon on the plaintiff, can and has caused a fatality.

4)

The second weapon used, by the defendant, is solely used to to cause a fatality, from the distance that it was used against the plaintiff, this being an "AR-15 Assault Rifle". In regards to the use of this weapon, only the defendant, is claiming it was used, the plaintiff, alleges an "9mm", service weapon was used, in another location.

5)

The third weapon used, a "K-9" dog and Officer, the "K-9" dog was released on the plaintiff, knowing the plaintiff, was disabled at this point, causing great bodily harm to the plaintiff.

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 1

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

THOMSON
WEST

CRC 201, 501

MC-020

| SHORT TITLE: Foley V. City of Oceanside, Oceanside Police, Does 1-12 | CASE NUMBER: |

ATTACHMENT (Number): COA1 Page 2 of 2

6)

Removing the "K-9" dog, from the room the defendant, proceeded with multiable, defendant, hitting the plaintiff, in the head hereby fracsuring the plaintiff, skull. The defendant, knew this would cause great bodily harm to the plaintiff. The defendant, being trained professionals, and being supervised by highly trained professionals, knew they were violating, "Policy and Procedure", concerning proper use of force and use of weapons.

7)

Where their actions in light of the facts of circumstances, confronting them without regard to their underlying intent or motovation. The defendant, had no reasonable intent to belive the plaintiff, posed any threat to the defendant. Those actions by the defendant, at the scene, also the action by the supervisors showed the defendant, either received inadequate training or violated policy and procedure by theiR actions.

8)

The City of Oceanside, in the county of San Diego, of the State of California, created policy for their Police force. The City of Oceanside, and it's Supervisors of the Oceanside Police Department also worked together to create policy and procedure. The defendant clearly failed to maintain this by allowing their personel to violate policy and procedure. By definition of the law this is use of "Excessive Force", against the plaintiff.

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers):*

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 2

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

THOMSON
WEST

CRC 201, 501

MC-025

| SHORT TITLE: Foley V. City of Oceanside, Oceanside Police, Does 1-12 | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): COA2    Page 1 of 55

(This Attachment may be used with any Judicial Council form.)    (Add pages as required)

1)

### Complaint

On, 09/01/2013, Oceanside Police Department made contact with the plaintiff, by entering the residence at 4525 Milano Way, in Oceanside, California. Upon making contact with the plaintiff, the Officer said, "We Are Here To Help You", he then immediately fired his "40mm", launcher rifle hitting the plaintiff, in the stomach. He then reloaded and fired hitting the plaintiff, in the leg. He reloaded and fired hitting the ceiling. The plaintiff, being severly injured stepped into his bedroom and collasped on his bed. The plaintiff, then placed his hands behind his back. Immediately a "K-9" dog, was put upon him attacking the plaintiff, and taking ahold of his right arm. The "K-9" dog, was removed from the bedroom, by the K9 officer at this point. The plaintiff, was face down on his bed, bleeding profusely from his right arm.

2) Incident continued:

The Officers, entered the bedroom and begain to beat the plaintiff in the head, fracturing the plaintiff, skull. The Officers stopped beating the plaintiff, at this point. The Officer, on the leftside of the plaintiff, stepped up to the plaintiff, and fired his "9mm" service weapon into the back of the plaintiff, over the heart area. The plaintiff, lost consciousness and was life flighted to the hospital. The plaintiff, regained consciousness in the emergency room, were the trauma surgeon, removed bullet fragments from the

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

PAGE 1

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]
ATTACHMENT
to Judicial Council Form
www.courtinfo.ca.gov
American LegalNet, Inc.

MC–025

| SHORT TITLE: Foley V. City of Oceanside, Oceanside Police, Does 1-12 | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): COA2    Page 2 of 5

*(This Attachment may be used with any Judicial Council form.)*    *(Add pages as required)*

2) Incident continued:

back of the plaintiff, over the heart area. The trauma surgeon then placed the fragments in a vial being held by his assistant. The Sergeon said, the fragments are from a "9mm", bullet. The assistant then labeled and sealed the vial to preserve the fragments as evidence. The trauma surgeon attempted to remove the main part of the bullet but was unable to remove it. As of the present still remains in the plaintiff, back. The plaintiff, remained in the hospital for four days. The plaintiff, was brought to trial, at the criminal trial, the defendant, testified that the Officer, fired his, "AR-15 Assault Rifle", through the first wall, exiting that wall, then striking the plaintiff, in the back, exiting the plaintiff going into another wall, exiting that wall, going into the ceiling.

3) Incident continued:

The "AR-15 Assault Rifle", fires a ".223mm", round. Oceanside Police "CST" Technicians, testified that after a exhaustting search for the bullet they were unable to locate the bullet. The trauma surgeon will at a trial will confirm that the bullet is that of a "9mm", round, and is still in the plaintiff, body. The round in the plaintiff, body is not a ".223mm" round, which is used in the "AR-15" assault rifle. When the plaintiff, was shot in the back while the plaintiff, was laying face down on his bed.

4) Incident continued:

The plaintiff, alleges the event that the defendant, testified to as pertaining to the action envolving the Officer, never took place

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

PAGE 2    Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov
American LegalNet, Inc.

MC–025

| SHORT TITLE: Foley V. City of Oceanside, Oceanside Police, Does 1-12 | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): COA2    Page 3 of 5

*(This Attachment may be used with any Judicial Council form.)*    *(Add pages as required)*

4) Incident continued:

. The plaintiff, alleges the scene was staged at a different time rather then on, 09/01/2013. The plaintiff, alleges that the "CST" technicians were involved in collecting evidence, that the plaintiff, alleges has been falsified. The defendant, testified that weapons were involved, the defendant, testified they seached the entire property and completed their investigation. Days later

5) Incident continued:

Days later, they allowed evidence collected by a civilian to be brought to the defendant, violating the chain of custody. The defendant, later used the evidence in a criminal trial, even after the "CST" technicians manager, stated, the crime scence investigation was completed. The plaintiff, will submit photos, showing the bullet hole in the wall, that the defendant, testified to being where the shot was fired by the Officer. The defendant, testified firing his "AR-15 Assault Rifle", striking the plaitiff, at this point in the hallway, not in the plaintiff, bedroom, where the plaintiff, alleges the defendant, used his "9mm" service weapon, to terminate the plaintiff.

6) Incident continued:

The plaintiff, further alleges, that the defendant, made a conscious decision to stand over the plaintiff, and fire his weapon into the plaintiff, back. The plaintiff, arguement is, the evidence the defendant, presented has been falsified. The plaintiff, will prove this to a jury by means of evidence, as to the photo of the

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

ATTACHMENT
to Judicial Council Form

PAGE   Page 1 of 1
www.courtinfo.ca.gov
American LegalNet, Inc.

MC–025

| SHORT TITLE: Foley V. City of Oceanside, Oceanside Police, Does 1-12 | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): __COA2__    Page __4__ of __5__

*(This Attachment may be used with any Judicial Council form.)* (Add pages as required)

6) Incident continued:

the hole in the wall that the defendant, testified, to as where the defendant, shot the plaintiff. The plaintiff, prove this through testimony from the trauma surgeon, since the "AR-15 Assault Rifle", fires a ".223mm" round, and the fragments removed from the plaintiff are from a "9mm" bullet, that the defendant, uses as his side arm or service weapon. The trauma surgeon will confirm this being the bullet in the plaintiff, body, is a "9mm" round.

7) Incident continued:

The plaintiff, hereby states and will prove to a jury, that "Excessive Force", was used against the plaintiff, "Under the color of State Law". Hereby, violating the plaintiff, "Contitutional Rights as a Citizen of the United States of America". The plaintiff, arguement is the evidence the defendant, presented has been falsified. The plaintiff, will prove this to a jury. By using evidence and testimony from the Xrays, and trauma surgeon, showing that the "AR-15", used at the scene on, 09/01/2013, fires a ".223mm round, and the bullet in the plaintiff, is that of a "9mm" round not a ".223mm" round.

8) Incident continued:

The actions by the defendant, by legal standard is "Excessive Force" and was used against the plaintiff, when the Officer shot the plaintiff, in th back. The defendant, testified that the plaintiff, was walking away from the defendant, in that case it shows the plaintiff, posed no threat to the plaintiff. This violates, policy

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

PAGE 4

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
to Judicial Council Form

Page 1 of 1
www.courtinfo.ca.gov
American LegalNet, Inc.

MC–025

| SHORT TITLE: Foley V. City of Oceanside, Oceanside Police, Does 1-12 | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): COA2    Page 5 of 5

*(This Attachment may be used with any Judicial Council form.)*    *(Add pages as required)*

8) Continued:

and procedure, made by the defendant, The, City of Oceanside, in the State of California.

9) Incident Continued:

The City of Oceanside, Ca., liability as to the action of the Officers, should be concidered. Because, the city of Oceanside, Ca, created policy and or custom, as to what guidlines their, Police Department is to use. A policy and or custom of inadequate training or inadequte supervision, is an actionable claim. Plaintiff, arguement being, "Excessive Force", was used against the plaintiff. The plaintiff, alleges that the actions were then covered up. By staging of a crime scenee to change the location as to where the plaintiff, was shot. Also, to change the actual weapon that was used. Clearly shows, the Oceanside Police, did not follow the policy and or custom established, by the "City of Oceanside, Ca. Making the "City of Oceanside", liable through lack of supervision. The link, between the defendant, conduct and the plaintiff, injuries, is a actionable claim. The plaintiff, states causation in this suit before the court, which the plaintiff, will prove in jury trial, has been accomplished.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

PAGE 5

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov

American LegalNet, Inc.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

SEE ATTACHMENT R1   PAGES 1

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/7/2015   Signature of Plaintiff: _____

(Revised 4/4/14)

| SHORT TITLE: Foley V. City of Oceanside,Ca.Oceanside Police | CASE NUMBER: |
|---|---|

ATTACHMENT (Number) R1 Page 1 of 1

1)

Plaintiff, is informed, and belives therein, alleges, that those defendant, each of them are in someway responable for the plaintiff, injuries. The plaintiff, herby demands, judgement for the releif to which the pleader claims to be entitled. The plaintiff, will prove this in a jury trial, through, witness testimony, interrogatories, production including letters, photos, personel filies, also inspection of tangible clothing, weapons, affidavits, depositions, X-rays and MRI'S.

2)
THe plaintiff, is hereby seeking, damages and punitive damages for both, bodily injuries and emotional distress to the plaintiff, past, present and future. Plaintiff, respectfully prays, that this court enter judgement granting plaintiff, cost in the suit, any additional releif this court deems just, proper, and equitable.

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with the court.

Page ____

Form Approved by the Judicial Council of California MC-020 [New January 1, 1987]

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

__EASTERN__ District of __CALIFORNIA__

FOLEY   (Pro Se)
*Plaintiff*

CITY OF OCEANSIDE, CA.

OCEANSIDE POLICE DEPARTMENT DOES 1-12
*Defendant*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CITY OF OCEANSIDE, CA.

OCEANSIDE POLICE DEPARTMENT

DOES 1-12

Will Amend Complaint when names true names and capacities of all Defendants are known to plaintiff

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

City of Oceanside, Ca.
Oceanside Police Department
Does 1-12

Will amend complaint when addresses of defendants are known to the plaintiff

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/7/2015

*Signature of Clerk or Deputy Clerk*

Attachment 3

```
 1  Your Name
 2  Address
 3  City, State, Zip Code
 4  Telephone Number
 5
 6                    IN THE UNITED STATES DISTRICT COURT
 7                       EASTERN DISTRICT OF CALIFORNIA
 8  Your Name.  FOLEY
 9              Plaintiff,
10  vs.                            No.
11  Defendant(s). CITY OF OCEANSIDE, CA., OCEANSIDE POLICE DEPARTMENT
12  DOES 1-12   Defendant(s).       PROOF OF SERVICE
13  _____/
14       I, the undersigned, hereby certify that I am over the age of eighteen years and
15  on _____, 20_____, I served a copy of
16  _____
17  by placing a copy in a postage paid envelope addressed to the person hereinafter listed
18  by depositing said envelope in the United States Mail:
19
20  (List All Defendants and Addresses Served)
21
22  I declare under penalty of perjury that the foregoing is true and correct.
23
24                                          _____
25                                                   (Signed)
26
```

Attachment 7

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: