

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory D. Foley<br><br>                             **Plaintiff,**<br>                          V.<br>See Attachment<br><br>                            **Defendant.** | Civil Action No. 15-cv-01627-CAB-AGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court: (1) Adopts the Report in full; (2) Rejects Plaintiff's objections; (3) And Grants the motion to dismiss With Prejudice. Judgment shall be entered for defendants. It Is So Ordered.

Date:      3/19/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
                               J. Gutierrez, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 15-cv-1627-CAB-AGS

Defendants
DOES 1-12; Corey Kaldenbach; Mark Lavake; Larry Weber; Leonard John Cosby; Jonathan Kislingbury; Jennifer Luecht; Steve Stracke; Ronald Nevares; Mark Wheeler; Samuel Hay, Officer; Anis Trabelsi, Officer; Frank Wagner, Officer; Justin Willms, Officer; Oceanside, City of, Mayor, Chief Executive Officer